**Order entered July 13, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00274-CV

**WIN SHIELDS PRODUCTIONS, INC. AND WINFRED L. SHIELDS, Appellants**

**V.**

**SERNERICK GREER, Appellee**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-13903**

## ORDER

We **GRANT** appellants' July 11, 2016 unopposed second motion for an extension of time to file a brief and extend the time to **AUGUST 10, 2016**. No further extension will be granted absent extenuating circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE